175 F.3d 1012
 James Z. Yelverton, Jr., NAACP Life Member Representing
Other Similarly Situated in State of Pennsylvania
v.
Joseph Lehman, Commissioner of Department of Corrections of
Commonwealth of Pennsylvania, Lawrence J. Reid, Executive
Deputy Commissioner of Department of Corrections of
Commonwealth of Pennsylvania, Martin F. Horn, Commissioner
of Department of Corrections of Commonwealth of Pennsylvania
 NOS. 98-1865, 98-1871
 United States Court of Appeals,
Third Circuit.
 February 04, 1999
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 Affirmed.